UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ONM LIVING LLC | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:23-CV-45-SDJ |
| | § | |
| KIMBERLY D. JOHNSON | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 24, 2023, the Report of the Magistrate Judge, (Dkt. #10), was entered containing proposed findings of fact and recommendations that this cause be *sua sponte* remanded to state court. *Pro se* Defendant Kimberly D. Johnson receives electronic notice in this matter, (Dkt. #8), and thus received notice of the Magistrate Judge's Report on that same date.

Having assessed the Report and the record in this case, and no objections to the Report having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that the above captioned case is hereby **REMANDED** to the appropriate state court, the County Court at Law, No. 2, of Denton County, Texas. Defendant's Emergency Motion for Temporary Restraining Order is **DISMISSED for lack of jurisdiction**.

The Clerk is instructed to close this civil action.

**So ORDERED and SIGNED this 15th day of June, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE